**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

| | |
|---|---|
| ELIZABETH DEICH-KEIBLER and LARRY K. HALER, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | )  CAUSE NO. 4:04-CV-00005-SEB-WGH<br>) |
| BANK ONE and RBC MORTGAGE COMPANY, | )<br>)<br>) |
| Defendants. | ) |

## J U D G M E N T

The Court, having issued its Entry on the parties' cross-motions for summary judgment this date, hereby,

**ORDERS**, **ADJUDGES**, and **DECREES** judgment in favor of the defendants and against the plaintiffs on all of the plaintiffs' claims.

IT IS SO ORDERED.

Date: 09/30/2005

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copy to:

Samuel G. Hayward
Adams, Hayward & Welsh
samuelghayward@hotmail.com

Dustin E. Meek
Tachau Maddox Hovious & Dickens, PLC
dmeek@tmhd.com